1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                           EASTERN DISTRICT OF CALIFORNIA

7

8    BAMBA M. GUEYE,                        )        1:06-cv-1780 AWI TAG HC
                                            )
9           Petitioner,                     )        ORDER DENYING MOTION FOR
                                            )        APPOINTMENT OF COUNSEL
10          v.                              )
                                            )        (Doc. 4)
11   ALBERTO R. GONZALES, etc. et al,       )
                                            )
12          Respondents.                    )
     _____)

13

14          Petitioner has requested the appointment of counsel.  (Doc. 4).  There currently exists no

15   absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

16   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert.

17   denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel

18   at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section

19   2254 Cases.  In the present case, the Court does not find that the interests of justice would be served by

20   the appointment of counsel at the present time.

21          Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel

22   (Doc. 4) is denied.

23

24   IT IS SO ORDERED.

25   Dated:   **January 9, 2007**                    _____**/s/ Theresa A. Goldner**_____
     **j6eb3d**                                      UNITED STATES MAGISTRATE JUDGE

26

27

28