IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAMBA M. GUEYE, | 1:06-CV-1780 AWI TAG HC |
| Petitioner, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| ALBERTO R. GONZALES, etc. et al, | |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (Doc. 2). Petitioner has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, petitioner shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.

///

///

1

1  **Failure to comply with this order will result in a recommendation that this action be**
2  **dismissed**.
3
4  IT IS SO ORDERED.
5  Dated:   **January 9, 2007**                                    /s/ Theresa A. Goldner
   j6eb3d                                                UNITED STATES MAGISTRATE JUDGE